1 | EDMUND G. BROWN JR., Attorney General
  of the State of California
2 | FIEL D. TIGNO
  Supervising Deputy Attorney General
3 | TERRY SENNE (SBN 104887)
  Deputy Attorney General          **FILED**
4 | P. O. Box 70550
  1515 Clay Street, Suite 2000      OCT 1 0 2007
5 | Oakland, CA 94612-0550
  Telephone: (510) 622-2118      RICHARD W. WIEKING
6 | Fax: (510) 622-2270      CLERK, U.S. DISTRICT COURT
                          NORTHERN DISTRICT OF CALIFORNIA
                                      OAKLAND
7 | Attorneys for Defendant

8

9                  IN THE UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 | **VAN A. PENA, Ph.D., M.D.,**                  Case No. C00 4009 CW
                                                *ORDER GRANTING*
                                                **STIPULATION TO**
                                   Plaintiff,   **CONTINUE CASE**
13                                              **MANAGEMENT**
                                                **CONFERENCE**
14 |        v.

15 | **JUDITH BJORNDAL, M.D.**

16                                   Defendant.

17        In light of the continued pendency of defendant's appeal to the Ninth Circuit, the parties hereby

18 | request and stipulate that the Case Management Conference presently scheduled for October 9, 2007,

19 | be continued to any Tuesday at 2:00 in February, 2008 or anytime thereafter that is convenient with

20 | the Court.

21 | Dated: 10-4-07

22                                              LAWRENCE J. KING, ESQ.
                                                Attorney for Plaintiff

23

24                                              TERRY SENNE, ESQ.
                                                Attorney for Defendant

25

26 | IT IS SO ORDERED.   The Case Management Conference is continued to

27 | February 5, 2008, at 2:00 p.m.

28                                              CLAUDIA WILKEN
                                                U.S. District Court Judge

Stipulation to Continue Case Management Conference      Case No. C00 4009 CW

o                                   1