1   **EDMUND G. BROWN JR,**
    **Attorney General**
2    **of the State of California**
    **MIGUEL NERI**
3     **Supervising Deputy Attorney General**
    **FIEL D. TIGNO**
4     **Supervising Deputy Attorney General**
    **State Bar No. 161195**
5   **TERRY SENNE**
     **Deputy Attorney General**
6   **State Bar No. 104887**
    **1515 Clay Street, Suite 2000**
7   **P. O. Box 70550**
    **Oakland, CA 94612-1550**
8   **Telephone: (510) 622 2118**
    **Facsimile:  (510) 622-2270**
9
    **Attorneys for Defendants**
10

11  **LAWRENCE J. KING**
    **State Bar No. 120805**
12  **6 "C" Street**
    **Petaluma, CA 94952**
13  **Telephone: (707) 769-9791**
    **Facsimile:  (707) 769-9253**
14
    **Attorney for Plaintiff**
15  **VAN A. PENA, PHD., M.D.**

16
                    **THE UNITED STATES DISTRICT COURT**
17
                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
18

19
    **VAN A. PENA, PHD., M.D.,**          § **CASE NO.  C 00-4009 CW**
20                                        §
                    **Plaintiff,**         § **ORDER GRANTING**
21                                        § **STIPULATION REQUESTING THAT**
        **v.**                            § **THE CASE MANAGEMENT**
22                                        § **CONFERENCE BE RESCHEDULED.**
                                          §
23  **TIMOTHY MEEKER, PATRICIA**          §
    **REES, HAL PETERSON, JENNIFER**      § Current date for the CMC: March 4, 2008
24  **WEAR, DENISE SHELDON, NORM**        §
    **KRAMER, AND JUDITH**               § Proposed date for the CMC: June 24, 2008
25  **BJORNDAL,**                         §
                                          § The Honorable Claudia Wilken
26          **Defendants.**               §
                                          §
27  _____       §

28
                                    1

1    **NOW COME THE PARTIES**, by and through their counsel of record, and hereby

2    request that the Case Management Conference, which is currently set for March 4, 2008, be

3    rescheduled for June 24, 2008.  In support thereof, the parties would show the Court the

4    following:

5        1.      Plaintiff's counsel is currently set to be in trial in Sacramento on March 4, 2008,

6    in *Paterson v. InterCon Security Systems, Inc.*, Civil Action No. 2:05-cv-827, in the United

7    States District Court for the Eastern District of California, the Honorable Morris C. England, Jr.,

8    presiding.

9        2.      This case is currently on appeal before the United States Court of Appeals for the

10   Ninth Circuit.  The matter has been fully briefed, but has not been set for oral argument.  The

11   parties do not anticipate a decision from the Ninth Circuit prior to the current March 4, 2008 date

12   for the Case Management Conference.

13       Accordingly, the parties respectfully request that this Court reschedule the Case

14   Management Conference for June 24, 2008.

15

16   **RESPECTFULLY SUBMITTED.**

17

18   **Dated: January 28, 2008**            **EDMUND G. BROWN JR, Attorney General**
                                              **of the State of California**
19                                          **MIGUEL NERI**
                                            **FIEL D. TIGNO**
20

21                                          _____**/s/  Terry Senne**_____
                                            **TERRY SENNE**
22                                          **Deputy Attorney General**
                                            **Attorneys for Defendants**
23

24   **Dated: January 28, 2008**            **LAW OFFICES OF LAWRENCE J. KING**
25

26                              **By:**    _____**/s/  Lawrence J. King**_____
                                            **LAWRENCE J. KING**
27                                          **Attorney for Plaintiff**
                                            **VAN A. PENA, PHD., M.D.**
28

**Stipulation Requesting That the Case Management Conference Be Rescheduled      Case No. C 00-4009CW**

1

**ORDER**

2      Having reviewed the parties stipulation and finding good cause therefor, the Court hereby

3 GRANTS the parties request and reschedules this case for a Case Management Conference to be

4 held on June 24, 2008 at 2:00 p.m.

5

6      **IT IS SO ORDERED.**

7

8 **Dated:  January 28 , 2008**

_____
**The Honorable Claudia Wilken**
**United States District Judge**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Stipulation Requesting That the Case Management Conference Be Rescheduled      Case No. C 00-4009CW**