1 | **EDMUND G. BROWN, JR,**
  | Attorney General
2 | of the State of California
  | **MIGUEL NIRI**
3 | Supervising Deputy Attorney General
  | **FIEL D. TIGNO**
4 | Supervising Deputy Attorney General
  | State Bar No. 161195
5 | **TERRY SENNE**
  | Deputy Attorney General
6 | State Bar No. 104887
  | 1515 Clay Street, Suite 2000
7 | Oakland, CA 94612-1413
  | Telephone: (510) 622 2118
8 | Facsimile:   (510) 622-2270

9 | **Attorneys for Defendants**

10

  | **LAWRENCE J. KING**
11 | State Bar No. 120805
  | 6 "C" Street
12 | Petaluma, CA 94952
  | Telephone: (707) 769-9791
13 | Facsimile:   (707) 769-9253

14 | **Attorney for Plaintiff**
  | **VAN A. PENA, PHD., M.D.**
15

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAN A. PENA, PHD., M.D., | § CASE NO. C 00-4009 CW |
| Plaintiff, | § |
| v. | § **STIPULATION REQUESTING THAT** |
|  | § **THE CASE MANAGEMENT** |
| TIMOTHY MEEKER, PATRICIA REES, HAL PETERSON, JENNIFER WEAR, DENISE SHELDON, NORM KRAMER, AND JUDITH BJORNDAL, | § **CONFERENCE BE RESCHEDULED** |
|  | § Current CMC date: June 24, 2008 |
| Defendants | § Proposed CMC date: September 23, 2008 |
|  | § The Honorable Claudia Wilken |

**NOW COME THE PARTIES**, by and through their counsel of record, and hereby request that the Case Management Conference, which is currently set for June 24, 2008, be rescheduled for June 24, 2008.  In support thereof, the parties would show the Court the

1

1 | following:

2 |     1.    This case is currently on appeal before the United States Court of Appeals for the Ninth Circuit. The matter has been fully briefed, but has not been set for oral argument. The parties do not anticipate a decision from the Ninth Circuit prior to the current March 4, 2008 date for the Case Management Conference.

Accordingly, the parties respectfully request that this Court reschedule the Case Management Conference for September 23, 2008.

Dated: June 4, 2008                    Respectfully Submitted,

                                        EDMUND G. BROWN, JR
                                        Attorney General of the State of California
                                        MIGUEL NIRI
                                        FIEL D. TIGNO

                                        /s/ Terry Senne
                                        TERRY SENNE
                                        Deputy Attorney General
                                        Attorneys for Defendants

Dated: June 4, 2008                    LAW OFFICES OF LAWRENCE J. KING

                              By:      /s/ Lawrence J. King
                                        LAWRENCE J. KING
                                        Attorney for Plaintiff
                                        VAN A. PENA, PHD., M.D.

## [PROPOSED] ORDER

Having reviewed the parties stipulation and finding good cause therefor, the Court hereby GRANTS the parties request and reschedules this case for a Case Management Conference to be held on September 23, 2008 at 2:00 p.m.

**IT IS SO ORDERED.**

**Dated:** _____6/10_____, **2008**                    _Claudia Wilken_ (signature)
                                                      **The Honorable Claudia Wilken**
                                                      **United States District Judge**

**Stipulation Requesting that Case Management Conference be Rescheduled**    **Case No. C 00-4009 CW**