1  EDMUND G. BROWN, JR,
   Attorney General
2   of the State of California
   MIGUEL NIRI
3   Supervising Deputy Attorney General
   FIEL D. TIGNO
4   Supervising Deputy Attorney General
   State Bar No. 161195
5  TERRY SENNE
    Deputy Attorney General
6   State Bar No. 104887
   1515 Clay Street, Suite 2000
7  Oakland, CA 94612-1413
   Telephone: (510) 622 2118
8  Facsimile:   (510) 622-2270

9  Attorneys for Defendants

10

11 LAWRENCE J. KING
   State Bar No. 120805
   6 "C" Street
12 Petaluma, CA 94952
   Telephone: (707) 769-9791
13 Facsimile:   (707) 769-9253

14 Attorney for Plaintiff
   VAN A. PENA, PHD., M.D.
15

         THE UNITED STATES DISTRICT COURT
16
         FOR THE NORTHERN DISTRICT OF CALIFORNIA
17

18 VAN A. PENA, PHD., M.D.,          S  CASE NO.  C 00-4009 CW
                                     S
19          Plaintiff,               S
                                     S
       v.                            S  STIPULATION REQUESTING THAT
20                                   S  THE    CASE    MANAGEMENT
   TIMOTHY MEEKER, PATRICIA          S  CONFERENCE BE RESCHEDULED.
21 REES, HAL PETERSON, JENNIFER      S
   WEAR, DENISE SHELDON, NORM        S
22 KRAMER, AND JUDITH                S
   BJORNDAL,                         S  Current CMC date:  September 23, 2008
                                     S
23                                   S  Proposed CMC date:  December 16, 2008
          Defendants                 S
24 _____   S  The Honorable Claudia Wilken

25      NOW COME THE PARTIES, by and through their counsel of record, and hereby request

26 that the Case Management Conference, which is currently set for September 23, 2008, be

27 rescheduled for December 16, 2008.  In support thereof, the parties would show the Court the

28

                                     1
   STIPULATION REQUESTING THAT THE CASE MANAGEMENT CONFERENCE BE RESCHEDULED.

following:

1. This case is currently on appeal before the United States Court of Appeals for the Ninth Circuit. The matter has been fully briefed and is scheduled for oral argument on October 24, 2008. The parties do not anticipate a decision from the Ninth Circuit prior to the current September 23, 2008 date for the Case Management Conference.

Accordingly, the parties respectfully request that this Court reschedule the Case Management Conference for December 16, 2008.

**RESPECTFULLY SUBMITTED.**

**Dated: September 5, 2008**

      **EDMUND G. BROWN, JR, Attorney General**
       **of the State of California**
      **MIGUEL NIRI**
      **FIEL D. TIGNO**

       **/s  Terry Senne**
      **TERRY SENNE**
      **Deputy Attorney General**
      **Attorneys for Defendants**

**Dated: September 5, 2008**

      **LAW OFFICES OF LAWRENCE J. KING**

     **By:** **/s  Lawrence J. King**
       **LAWRENCE J. KING**
       **Attorney for Plaintiff**
       **VAN A. PENA, PHD., M.D.**

**[PROPOSED] ORDER**

Having reviewed the parties stipulation and finding good cause therefor, the Court hereby GRANTS the parties request and reschedules this case for a Case Management Conference to be held on December 16, 2008 at 2:00 p.m.

**IT IS SO ORDERED.**

    9/16

**Dated: _____, 2008**

       _____
       **The Honorable Claudia Wilken**
       **United States District Judge**

**STIPULATION REQUESTING THAT THE CASE MANAGEMENT CONFERENCE BE RESCHEDULED.**