| | |
|---|---|
| 1 | **EDMUND G. BROWN JR,** |
|   | **Attorney General** |
| 2 | **of the State of California** |
|   | **MIGUEL NIRI** |
| 3 | **Supervising Deputy Attorney General** |
|   | **FIEL D. TIGNO** |
| 4 | **Supervising Deputy Attorney General** |
|   | **State Bar No. 161195** |
| 5 | **TERRY SENNE** |
|   | **Deputy Attorney General** |
| 6 | **State Bar No. 104887** |
|   | **1515 Clay Street, Suite 2000** |
| 7 | **P.O. BOX 70550** |
|   | **Oakland, CA 94612-0550** |
| 8 | **Telephone: (510) 622 2118** |
|   | **Facsimile:   (510) 622-2270** |
| 9 | |
|   | **Attorneys for Defendants** |
| 10 | |
| 11 | **LAWRENCE J. KING** |
|    | **State Bar No. 120805** |
| 12 | **6 "C" Street** |
|    | **Petaluma, CA 94952** |
| 13 | **Telephone: (707) 769-9791** |
|    | **Facsimile:   (707) 769-9253** |
| 14 | |
|    | **Attorney for Plaintiff** |
| 15 | **VAN A. PENA, PHD., M.D.** |

### THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VAN A. PENA, PHD., M.D.,** | § CASE NO.  C 00-4009 CW |
| **Plaintiff,** | § |
| v. | § **STIPULATION REQUESTING THAT THE CASE MANAGEMENT CONFERENCE BE RESCHEDULED.** |
| **TIMOTHY MEEKER, PATRICIA REES, HAL PETERSON, JENNIFER WEAR, DENISE SHELDON, NORM KRAMER, AND JUDITH BJORNDAL,** | § |
|  | § Current CMC date:   December 16, 2008 |
|  | § Proposed CMC date: January 20, 2009 |
| **Defendants** | § The Honorable Claudia Wilken |

**NOW COME THE PARTIES**, by and through their counsel of record, and hereby request that the Case Management Conference, which is currently set for December 16, 2008, be

1

**STIPULATION REQUESTING THAT THE CASE MANAGEMENT CONFERENCE BE RESCHEDULED.**

1 rescheduled for January 20, 2009.  In support thereof, the parties would show the Court the
2 following:
3     1.    This case has been on appeal to the United States court of Appeals for the Ninth
4 Circuit.
5     2.    Recently, the United States court of Appeals for the Ninth Circuit ruled that the notice
6 of appeal was untimely and remanded this case.
7     3.    Counsel for the parties have met and conferred and agreed that additional time is
8 necessary to enable counsel to contact parties and witnesses to determine their availability for trial
9 prior to proposing a trial date to the Court.
10     Accordingly, the parties respectfully request that this Court reschedule the Case Management
11 Conference for January 20, 2009.
12
13 **RESPECTFULLY SUBMITTED.**
14 **Dated: December 5, 2008**          **EDMUND G. BROWN, JR, Attorney General**
                                                 **of the State of California**
15
                                           **/s/   Terry Senne**
16                                        **TERRY SENNE**
                                         **Attorneys for Defendants**
17
18 **Dated: December 5, 2008**          **LAW OFFICES OF LAWRENCE J. KING**
19                              **By:**   **/s/  Lawrence J. King**
                                         **LAWRENCE J. KING**
20                                        **Attorney for Plaintiff**
21
22                           **ORDER**
23 Having reviewed the parties stipulation and finding good cause therefor, the Court hereby
24 GRANTS the parties request and reschedules this case for a Case Management Conference to be
25 held on January 20, 2009 at 2:00 p.m.
26     **IT IS SO ORDERED.**
27     **12/5**                              *Claudia Wilken*
28

2

**STIPULATION REQUESTING THAT THE CASE MANAGEMENT CONFERENCE BE RESCHEDULED.**

1 | Dated: _____, 2008

    _____
    **The Honorable Claudia Wilken**
    **United States District Judge**

---
3
**STIPULATION REQUESTING THAT THE CASE MANAGEMENT CONFERENCE BE RESCHEDULED.**