1  **EDMUND G. BROWN JR., Attorney General**
    of the State of California
2  **FIEL D. TIGNO**
    Supervising Deputy Attorney General
3  State Bar No. 161195
    **TERRY SENNE**
4   Deputy Attorney General
    State Bar No. 104887
5  1515 Clay Street, Suite 2000
    P. O. Box 7i0550
6  Oakland, CA 94612-0550
    Telephone: (510) 622 2118
7  Facsimile:  (510) 622-2270

8  **Attorneys for Defendant**

9

   **LAWRENCE J. KING**
10 State Bar No. 120805
   6 "C" Street
11 Petaluma, CA 94952
   Telephone: (707) 769-9791
12 Facsimile:  (707) 769-9253

13 **Attorney for Plaintiff**
   **VAN A. PENA, PHD., M.D.**
14

15
                 **THE UNITED STATES DISTRICT COURT**
16
                 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
17

18
   | VAN A. PENA, PHD., M.D., | § | CASE NO.  C 00-4009 CW |
   |---|---|---|
   | Plaintiff, | § | |
   | v. | § | **STIPULATION REQUESTING** |
   | | § | **THAT THE CASE** |
   | | § | **MANAGEMENT CONFERENCE** |
   | | § | **BE RE-SCHEDULED** |
   | TIMOTHY MEEKER, PATRICIA REES, | § | |
   | HAL PETERSON, JENNIFER WEAR, | § | Current Date for CMC:   3/31/09 |
   | DENISE SHELDON, NORM KRAMER, | § | |
   | AND JUDITH BJORNDAL, | § | Requested Date:   4/21/09 |
   | Defendants. | § | |
   | | § | The Honorable Claudia Wilken |
   | | § | |

                                    1
   **STIPULATION REQUESTING THAT THE CASE**
   **MANAGEMENT CONFERENCE BE RE-SCHEDULED**

1     The parties hereto, by and through their attorneys, have met and conferred and hereby request that the Case Management Conference currently scheduled for March 31, 2009, be re-scheduled for April 21, 2009.  In support of this request, the parties would show the Court the following:

    1.    This case was originally schedule for a settlement conference on March 25, 2009, before Magistrate James.  However, Magistrate James re-scheduled the settlement conference for March 30, 2009, the day before the date that this Court had scheduled the Case Management Conference.

    2.    The parties seek to avoid the necessity of filing a Case Management Conference Statement, and appearing at a Case Management Conference, before they know whether or not the case will settle at the settlement conference.  Accordingly, it would be in the interests of judicial economy to re-schedule the Case Management Conference to a later date to enable the parties to fully explore settlement prospects and file the necessary papers terminating this case should the case settle.

**RESPECTFULLY SUBMITTED,**

**Dated: March 20, 2009**        **EDMUND G. BROWN JR.**
                                         **Attorney General of the State of California**
                                         **FIEL D. TIGNO**

                                            /s/   Terry Senne
                                         **TERRY SENNE**
                                         **Deputy Attorney General**
                                         **Attorneys for Defendants**

**Dated: March 20, 2009**        **LAW OFFICES OF LAWRENCE J. KING**

                                            /s/   Lawrence J. King
                                         **LAWRENCE J. KING**
                                         **Attorney for Plaintiff**
                                         **VAN A. PENA, PHD., M.D.**

1 **[PROPOSED] ORDER**

Having reviewed the parties request and the grounds asserted in support of the request, the Court hereby finds good cause for the request. Accordingly, the Court grants the parties request and reschedules the Case Management Conference for 2:00 p.m. on April 21, 2009.

**IT IS SO ORDERED.**

Date: March  23 , 2009.

*[signature: Claudia Wilken]*

**The Honorable Claudia Wilken**
**United States District Judge**