IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VAN A. PENA,

    Plaintiff,

  v.

TIMOTHY MEEKER, et al.,

    Defendants.
                                     /

No. 00-04009 CW

ORDER RE DEFENDANTS' REQUEST TO FILE ANOTHER SUMMARY JUDGMENT MOTION

    On April 21, 2009, a further case management conference was held in which the Court stated it would consider whether Defendants could file another summary judgment motion. The Court has considered Defendants' request and Defendants may not file another summary judgment motion.

    IT IS SO ORDERED.

Dated   6/18/09

CLAUDIA WILKEN
United States District Judge