1 | EDMUND G. BROWN JR.
Attorney General of California
2 | TERRY SENNE (SBN 104887)
ROBERT ANDREW HARKNESS (SBN 66117)
3 | Deputy Attorneys General
State Bar No. 104887
4 |  1515 Clay Street, 20th Floor
 P.O. Box 70550
5 |  Oakland, CA  94612-0550
 Telephone:  (510) 622-2118
6 |  Fax:  (510) 622-2270
 E-mail:  Terry.Senne@doj.ca.gov
7 | *Attorneys for Defendant*

8 | LAWRENCE J. KING (SBN 120805)
 6 "C" Street
9 |  Petaluma, CA 94952
 Telephone: (707) 769-9791
10 |  Fax  (707) 769-9253
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| VAN A. PENA, Ph.D., M.D., | C 00-04009 CW |
|---|---|
| Plaintiff, | **STIPULATION TO CHANGE DATE OF PRE-TRIAL CONFERENCE AND ~~PROPOSED~~ ORDER THEREON** |
| v. | Date:       Oct. 29, 2009 |
| TIMOTHY MEEKER, et al., | Time:       2:00 p.m. |
|  | Dept:       2 |
| Defendant. | Judge       The Honorable Claudia Wilken |
|  | Trial Date  Nov. 16, 2009 |

The parties, by and through their counsel of record, hereby stipulate that the date and time of the Pre-Trial Conference shall be changed to October 29, 2009, at 2:00 p.m. The required filings shall continue to be due on October 23, 2009. Any opposition to the *in limine* motions shall be filed and exchanged by October 26, 2009.

///

///

1
Stipulation to Change Date of Pre-Trial Conference and Proposed Order Thereon  (C-00-04009 CW)

SO STIPULATED:

Dated: October 16, 2009                    EDMUND G. BROWN JR.
                                           Attorney General of California


                                           /s/ Terry Senne
                                    By:    TERRY SENNE
                                           Deputy Attorney General
                                           Attorneys for defendant



                                           /s/ Lawrence J. King
                                           LAWRENCE J. KING, ESQ.
                                           Attorneys for Plaintiff


## ORDER

Based upon the stipulation of the parties, the date of the Pre-Trial Conference in this case is changed to October 29, 2009, at 2:00 p.m. The parties required filings with the Court shall be due on October 23, 2009. Any opposition to either party's *in limine* motions shall be filed by October 26, 2009.

IT IS SO ORDERED.

10/19/09

_____
UNITED STATES DISTRICT JUDGE