# UNITED STATES DISTRICT COURT
### for the Northern District of California

Case No.:   **00-CV-4009 CW**                              Date: _____

Case Name:   *Van A. Pena, Ph.D., M.D.  v. Timothy Meeker, et al.*

## PLAINTIFF'S EXHIBIT LIST
### (Page 1 of 4)

| EXHIBIT NUMBER | DESCRIPTION | SPONSORING WITNESS | DATE Marked for Identification | DATE Admitted in Evidence |
|---|---|---|---|---|
| 1 | 1\21\92 Personnel Request To Hire Above Minimum (AGO 0135) | Van A. Pena | | |
| 2 | 4\28\99 Performance evaluation of Van Pena by George Jansen (P 0013-0014) | Van A. Pena | | |
| 3 | 4\22\00 Performance Evaluation of Van Pena by Ann Hench (AGO 0022) | Van A. Pena | | |
| 4 | 12\99 (Rev.) Section 300 SDC Policy 362, Life Sustaining Procedures/Do Not Resuscitate (DNR) Orders (AGO 0351-0354) | Timothy Meeker | | |
| 5 | 10\6\93 Letter from Elizabeth's sister (Thakor Depo., Exhibit 4) | Timothy Meeker Gary Gathman Van A. Pena | | |
| 6 | 10\2\00 Physicians Progress Notes (P 0370) | Gary Gathman Van Pena | | |
| 7 | 10\25\00 Judith Bjorndal Memorandum to Van Pena (AGO 0355) | Van A. Pena Judith Bjorndal | | |
| 8 | 3\5\01 Physician Progress Notes (P 0308) | Van A. Pena Gary A. Johanson | | |
| 9 | 3\11\01 Interdisciplinary Notes (P 0717) | Van A. Pena Gary A. Johanson | | |
| 10 | 9\28\00 Nursing Assessment and Admission Note (Gathman Depo., Exhibit 5) | Gary Gathman Van Pena | | |

## UNITED STATES DISTRICT COURT
### for the Northern District of California

Case No.:   **00-CV-4009 CW**                              Date: _____

Case Name:  ***Van A. Pena, Ph.D., M.D.  v. Timothy Meeker, et al.***

## PLAINTIFF'S EXHIBIT LIST
### (Page 2 of 4)

| EXHIBIT NUMBER | DESCRIPTION | SPONSORING WITNESS | DATE Marked for Identification | DATE Admitted in Evidence |
|---|---|---|---|---|
| 11 | 10\11\00 Acute Services Discharge Note (P 0156) | Van A. Pena<br>Vickie Crowe | | |
| 12 | 11\2\00 Nephrology Consultation Report (P 0117) | Gary Gathman<br>Van Pena | | |
| 13 | 11\3\00 Acute Services 72-Hour Discharge Planning Conference (P 0973-0974) | Gary Gathman<br>Van Pena | | |
| 14 | 11\17\00 Minutes of the Bioethics Committee (AGO 0176-0178) | Van A. Pena<br>Gary Gathman | | |
| 15 | 1\23\01 Review of the IPP (AGO 0179) | Van A. Pena<br>Gary Gathman | | |
| 16 | 3\3\01 Lab Results (P 0638) | Van A. Pena<br>Eugene Belogosky<br>Joel S. Erickson<br>Gary A. Johanson | | |
| 17 | 3\3\01 Interdisciplinary Notes (P 0744) | Van A. Pena<br>Eugene Belogosky<br>Joel S. Erickson<br>Gary A. Johanson | | |
| 18 | 3\3\01 Physician's Progress Notes re Elizabeth R. (AGO 0175) | Van A. Pena<br>Eugene Belogosky<br>Joel S. Erickson<br>Gary A. Johanson | | |
| 19 | 3\3\01 Physician's Orders re Elizabeth R. (P 0238) | Van A. Pena<br>Judith Bjorndal<br>Eugene Belogosky<br>Joel S. Erickson<br>Gary A. Johanson | | |

# UNITED STATES DISTRICT COURT
## for the Northern District of California

Case No.:   **00-CV-4009 CW**                                    Date: _____

Case Name:  *Van A. Pena, Ph.D., M.D.  v. Timothy Meeker, et al.*

## PLAINTIFF'S EXHIBIT LIST
### (Page 3 of 4)

| EXHIBIT NUMBER | DESCRIPTION | SPONSORING WITNESS | DATE Marked for Identification | DATE Admitted in Evidence |
|---|---|---|---|---|
| 20 | 3\5\01 Interdisciplinary Notes (P 740) | Van A. Pena<br>Eugene Belogosky<br>Joel S. Erickson<br>Gary A. Johanson | | |
| 21 | 3\8\01 Meeting Minutes (Thakor Depo., Exhibit 6) | Van A. Pena<br>Judith Bjorndal<br>Eugene Belogosky<br>Joel S. Erickson<br>Gary A. Johanson | | |
| 22 | 3\12\01 Interdisciplinary Notes (P 0715) | Van A. Pena<br>Eugene Belogosky<br>Joel S. Erickson<br>Gary A. Johanson | | |
| 23 | 3\12\01 Emergency Medical Services Report (P 0153) | Van A. Pena<br>Eugene Belogosky<br>Joel S. Erickson<br>Gary A. Johanson | | |
| 24 | Autopsy Report | Van A. Pena<br>Eugene Belogosky<br>Joel S. Erickson<br>Gary A. Johanson | | |
| 25 | 6\26\01 Notice of Adverse Action (AGO 0309-0354) | Van A. Pena<br>Judith Bjorndal | | |
| 26 | 6\26\01 Amended Notice of Adverse Action (AGO 0162, the remainder unnumbered) | Van A. Pena<br>Judith Bjorndal | | |
| 27 | 7\5\01 Van Pena letter to Norm Kramer (AGO 0366-375)(with attached letters) | Van A. Pena | | |

# UNITED STATES DISTRICT COURT
## for the Northern District of California

Case No.:   **00-CV-4009 CW**                                    Date: _____

Case Name:   *Van A. Pena, Ph.D., M.D.  v. Timothy Meeker, et al.*

# PLAINTIFF'S EXHIBIT LIST
### (Page 4 of 4)

| EXHIBIT NUMBER | DESCRIPTION | SPONSORING WITNESS | DATE Marked for Identification | DATE Admitted in Evidence |
|---|---|---|---|---|
| 28 | Plaintiff's Original Complaint and Jury Demand | Van A. Pena<br>Timothy Meeker<br>Patricia Rees | | |
| 29 | Barry Ben-Zion Chart No. 1 | Barry Ben-Zion | | |
| 30 | Barry Ben-Zion Chart No. 2 | Barry Ben-Zion | | |
| 31 | Barry Ben-Zion Chart No. 3 | Barry Ben-Zion | | |
| 32 | Barry Ben-Zion Chart No. 4 | Barry Ben-Zion | | |
| 33 | Barry Ben-Zion Chart No. 5 | Barry Ben-Zion | | |
| 34 | Barry Ben-Zion Chart No. 6 | Barry Ben-Zion | | |
| 35 | Barry Ben-Zion Chart No. 7 | Barry Ben-Zion | | |
| 36 | Curriculum Vitae of Gary Johanson | Gary Johanson | | |
| 37 | Curriculum Vitae of Eugene Belagorsky | Eugene Belagorsky | | |
| 38 | Curriculum Vitae of Joel Erickson | Joel Erickson | | |
| 39 | [Reserved] | | | |
| 40 | [Reserved] | | | |
| 41 | [Reserved] | | | |
| 42 | [Reserved] | | | |
| 43 | California Medical Board letter to Van A. Pena | | | |
| 44 | | | | |
| 45 | | | | |

# UNITED STATES DISTRICT COURT
## for the Northern District of California

Case No.:   **00-CV-4009 CW**                           Date: _____

Case Name:   *Van A. Pena, Ph.D., M.D.  v. Timothy Meeker, et al.*

## PLAINTIFF'S EXHIBIT LIST
### (Page 5 of 4)

| EXHIBIT NUMBER | DESCRIPTION | SPONSORING WITNESS | DATE | |
| --- | --- | --- | --- | --- |
| | | | Marked for Identification | Admitted in Evidence |
| 46 | | | | |
| 47 | | | | |
| 48 | | | | |
| 49 | | | | |
| 50 | | | | |
| 51 | | | | |
| 52 | | | | |
| 53 | | | | |
| 54 | | | | |
| 55 | | | | |
| 56 | | | | |
| 57 | | | | |
| 58 | | | | |
| 59 | | | | |
| 60 | | | | |
| 61 | | | | |
| 62 | | | | |
| 63 | | | | |
| 64 | | | | |
| 65 | | | | |

# UNITED STATES DISTRICT COURT
### for the Northern District of California

Case No.:   **00-CV-4009 CW**                                  Date: _____

Case Name:   ***Van A. Pena, Ph.D., M.D.   v. Timothy Meeker, et al.***

## PLAINTIFF'S EXHIBIT LIST
**(Page 6 of 4)**

| EXHIBIT NUMBER | DESCRIPTION | SPONSORING WITNESS | DATE ||
|---|---|---|---|---|
| | | | Marked for Identification | Admitted in Evidence |
| **66** | | | | |
| **67** | | | | |