EDMUND G. BROWN JR.
Attorney General of California
FIEL TIGNO
Supervising Deputy Attorney General
TERRY SENNE
Deputy Attorney General
State Bar No. 104887
ROBERT ANDREW HARKNESS
Deputy Attroney General
State Bar No. 66117
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 622-2216
 Fax:  (510) 622-2270

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **VAN A. PENA, Ph.D., M.D.,**<br><br>Plaintiff,<br><br>v.<br><br>**TIMOTHY MEEKER, et al.,,**<br><br>Defendant. | C 00-04009 CW<br><br>**DEFENDANT'S EXHIBIT LIST**<br><br>Date:          Oct. 29, 2009<br>Time:          2:00 p.m.<br>Dept:          2, 4th Fl.<br>Judge          The Honorable Claudia Wilken<br>Trial Date    Nov. 16, 2009<br>Action Filed:  June 21, 2002 (Suppl. Ct) |

Please see the Exhibit list below

| EXHIBIT NUMBER | DESCRIPTION | SPONSORING WITNESS | | |
|---|---|---|---|---|
| 101 | Child Abuse Reporting Requirement 10-19-91 | Plaintiff | | |
| 102 | Dependent Adult Abuse Reporting | Plaintiff | | |

| | | | | |
|---|---|---|---|---|
| | | Requirement 10-28-91 | | |
| | 103 | Notice of Adverse Action | Defendant | |
| | 104 | Investigation Report 5-25-01 w/ Attachments | Defendant | |
| | 105 | 10-25-2000 Memo to Dr. Pena from Dr. Bjorndal | Plaintiff and defendant | |
| | 106 | Amended Notice of Adverse Action | Defendant | |
| | 107 | SDC Policy Sec. 300 effective Dec. '99 | Defendant | |
| | 108 | 3-3-01 Physician's Orders to Elizabeth | Plaintiff | |
| | 109 | 3-3-01 Physician's Progress Notes re Elizabeth | Plaintiff | |
| | 110 | 1-23-01 Review of the IPP re Elizabeth | Plaintiff and defendant | |
| | 111 | SDC Consent & Notification Requirement effective June 2000 | Defendant | |
| | 112 | SBC Abuse, Mistreatment or Neglect Prevention & Reporting Policy, effective Aug 2000 | Defendant | |
| | 113 | Statement of Responsibilities and Assignments of the MOD effective 2-2000 | Defendant | |
| | 114 | SDC's Medical Policy & Procedure 2-2000 (Code Blue) | Defendant | |
| | 115 | Dr. Pena's Complaint Against the County, et al. | Plaintiff | |

1    Dated:  October 23, 2009                     Respectfully submitted,

2                                                 EDMUND G. BROWN JR.
                                                  Attorney General of California
3                                                 FIEL TIGNO
                                                  Supervising Deputy Attorney General
4                                                 ROBERT ANDREW HARKNESS
                                                  Deputy Attorney General
5

6                                                 /s/ Terry Senne_____
                                                  TERRY SENNE
7                                                 Deputy Attorneys General
                                                  *Attorneys for Defendant*

8
     SF2000CV1515
9    90128105.doc

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        1