**LAWRENCE J. KING**
 State Bar No. 120805
6 "C" Street
Petaluma, CA 94952
Telephone: (707) 769-9791
Facsimile:  (707) 769-9253

Attorney for Plaintiff
**VAN A. PENA, PHD., M.D.**

# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VAN A. PENA, PHD., M.D.,** | CASE NO. C 00-4009 CW |
| Plaintiff, | **PLAINTIFF'S REQUEST AND ORDER PERMITTING PLAINTIFF TO BRING EQUIPMENT INTO THE COURTROOM** |
| v. | |
| **TIMOTHY MEEKER, et al.,** | Trial Date:         November 16, 2009 |
| Defendants. | The Honorable Claudia Wilken |

   Plaintiff Van A. Pena, by and through his attorney of record, hereby requests permission to bring into the courtroom for use during the trial of this matter the items listed below:

   1.   VGA Switch

   2.   VGA Splitter

   3.   Audio and video cables

   4.   Projector (spare)

   5.   LCD monitor

   6.   Power cables

   7.   Projector stand

   8.   Laptops (3)

   9.   Phone.

1
**PLAINTIFF'S ORDER RE EQUIPMENT**

RESPECTFULLY SUBMITTED,

Dated: November 16, 2009    LAW OFFICES OF LAWRENCE J. KING

By: _____
Lawrence J. King
Attorney for Plaintiff

**PROPOSED] ORDER**

Having reviewed Plaintiff's list of equipment that Plaintiff request permission to bring into the courtroom for use during the trial of this matter and finding good cause therefore, the Court hereby grants Plaintiff's request and grants Plaintiff permission to bring the equipment listed above into the courtroom for use during the trial.

**IT IS SO ORDERED.**

*[Signature: Claudia Wilken]*

November 16, 2009     _____
**United States District Judge**