JURY INSTRUCTION NO. ___

With regard to a person's end of life health care decisions, a doctor is not required or authorized to provide health care contrary to generally accepted health care standards.

[Source: CA Probate Code 4564]