FILED
DEC - 4 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAN A. PEÑA,<br><br>     Plaintiff,<br><br>  v.<br><br>JUDITH BJORNDAL,<br><br>     Defendant. | No. C 00-4009 CW<br><br>VERDICT FORM |

**Photographing Patients**

1. Was Dr. Peña's photography of patients a part of his official duties as a physician at the Sonoma Developmental Center?

    Yes _____     No ___✓___

    [If the answer to Question No. 1 is "yes," proceed to Question No. 3. Do not answer Question No. 2.]

2. Was Dr. Peña's photography of patients a substantial or motivating factor in Dr. Bjorndal's decision to terminate Dr. Peña's employment?

    Yes _____     No ___✓___

**Prior Lawsuit**

    3.    Was Dr. Peña's prior lawsuit a substantial or motivating factor in Dr. Bjorndal's decision to terminate Dr. Peña's employment?

        Yes _____        No ___✓___

[If the answers to Question Nos. 2 and 3 are both "no," please sign, date and return this form. If the answer to Question Nos. 2 or 3 or both is "yes," please continue to Question No. 4.]

**Mixed Motive Affirmative Defense**

    4.    Would Dr. Bjorndal have terminated Dr. Peña's employment even if he had not taken photographs of patients and/or filed his prior lawsuit?

        Yes _____        No _____

[If the answer to Question No. 4 is "no," please continue to Question No. 5. If the answer to Question No. 4 is "yes," please sign, date and return this form.]

**Damages**

[Answer Question No. 5 only if you answered "yes" to Question Nos. 2 or 3 or both <u>and</u> answered "no" to Question No. 4. If you did not, please sign, date and return this form.]

//
//
//
//
//

2

5.  State the full amount of money that you decide is reasonable to compensate Dr. Peña for the damages he suffered as a result of Dr. Bjorndal's violation of his First Amendment rights.

    a.  Past earnings:                              $_____
    b.  Future earnings
        (reduced to present value):                 $_____
    c.  Emotional distress damages:                 $_____

6.  Do you find that Dr. Bjorndal acted in reckless disregard of Dr. Peña's rights, thus entitling Dr. Peña to punitive damages?

    Yes _____        No _____

    [If the answer to Question No. 6 is "no," do not answer Question No. 7.  Please sign, date and return this form.]

7.  What is a reasonable amount to punish Dr. Bjorndal for her conduct and to deter others from committing similar acts?

    $_____

Please sign, date and return this form.

Dated: 12-4-09
       10:52am                              _____Eve Ridgers_____
                                            Jury Foreperson