IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VAN A. PENA,

        Plaintiff,

   v.

JUDITH BJORNDAL,

        Defendant.
_____/

No. C 00-04009 CW

<u>JUDGMENT</u>

    This action came on trial before the Court and a jury, Honorable Claudia Wilken, United States District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

    IT IS ORDERED AND ADJUDGED

    That Plaintiff Van A. Pena take nothing, that the action be dismissed against Defendant Judith Bjorndal, and that Defendant Judith Bjorndal recover from Plaintiff Van A. Pena her costs of action.

    Dated at Oakland, California, this 14th day of January, 2010.

RICHARD W. WIEKING
Clerk of Court

By: *Sheilah Cahill*  _____
SHEILAH CAHILL
Deputy Clerk