**LAWRENCE J. KING**
State Bar No. 120805
6 "C" Street
Petaluma, CA 94952
Telephone:   (707) 769-9791
Facsimile:   (707) 769-9253

**Attorney for Plaintiff**
**Van A. Pena, Ph.D., M.D.**

# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VAN A. PENA, Ph.D., M.D.,**<br><br>      **Plaintiff,**<br>v.<br><br>**TIMOTHY MEEKER, et al.,**<br><br>      **Defendants.** | CASE NO.  C 00-4009 CW<br><br>**PLAINTIFF'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**<br><br>The Honorable Claudia Wilken |

NOW COMES PLAINTIFF VAN A. PENA, M.D., Ph.D., and files this his notice of appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment of the district court, entered on January 14, 2010, and all interlocutory orders that gave rise to that judgment, including, but not limited to, the summary judgment order entered on January 24, 2007, the orders both prior to and during the trial requesting that the district court reconsider her order granting summary judgment, the district court's orders concerning motions *in limine*, and the district court's evidentiary rulings.

Dated:  February 10, 2010           LAW OFFICES OF LAWRENCE J. KING

                                    By:   /s/
                                       Lawrence J. King
                                       Attorney for Plaintiff
                                       **Van A. Pena, Ph.D., M.D.**

---

1

**PLAINTIFF'S NOTICE OF APPEAL**