IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VAN A. PENA,

        Plaintiff,

  v.

TIMOTHY MEEKER, et al.

        Defendants.
                                         /

No. C 00-4009 CW

ORDER SETTING CASE MANAGEMENT CONFERENCE

On May 27, 2011, the Ninth Circuit concluded that summary judgment was improper on Plaintiff Van A. Pena's claim against Defendant Judith Bjorndal for alleged retaliation concerning his complaint to the California Department of Health Services. The Ninth Circuit also reversed a decision to exclude testimony of Sonoma Development Center Police Chief Ed Contreras. The court vacated the jury's verdict in this action and remanded for a new trial. The Ninth Circuit's mandate issued on July 13, 2011.

In light of the Ninth Circuit's decision, the Court sets a case management conference for August 23, 2011 at 2:00 p.m. The parties' joint case management statement is due August 16, 2011.

IT IS SO ORDERED.

Dated: 7/13/2011

                                       CLAUDIA WILKEN
                                       United States District Judge