1  **KAMALA D. HARRIS, Attorney General**
    **of the State of California**
2  **MIGUEL NIRI**
    **Supervising Deputy Attorney General**
3  **FIEL D. TIGNO**
    **Supervising Deputy Attorney General**
4  **State Bar No. 161195**
   **TERRY SENNE**
5   **Deputy Attorney General**
    **State Bar No. 104887**
6  **1515 Clay Street, Suite 2000**
   **Oakland, CA 94612-1413**
7  **Telephone: (510) 622 2118**
   **Facsimile:  (510) 622-2270**
8
   **ATTORNEYS FOR DEFENDANTS**
9

10 **LAWRENCE J. KING**
   **State Bar No. 120805**
11 **11 Western Avenue**
   **Petaluma, CA 94952**
12 **Telephone:   (707) 769-9791**
   **Facsimile:    (707) 769-9253**
13
   **ATTORNEY FOR PLAINTIFF**
14

15
                    THE UNITED STATES DISTRICT COURT
16
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
17

18

| VAN A. PENA, PHD., M.D., | CASE NO.  C 00-4009 CW |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO CHANGE THE DATES OF THE CASE MANAGEMENT CONFERENCE |
| TIMOTHY MEEKER, et al., | Current Date:         August 23, 2011 |
| Defendants. | Proposed Date:      September 13, 2011 |

**THE PARTIES, BY AND THROUGH THEIR ATTORNEYS' OF RECORD, HEREBY STIPULATE AND AGREE** to request that the Case Management Conference that is

1
**STIPULATION TO RESCHEDULE CMC**

currently scheduled for August 23, 2011 at 2:00 p.m. be rescheduled for September 13, 2011 at 2:00 p.m., with the deadline for filing the Case Management Conference Statement beginning changed from August 16, 2011 to September 6, 2011.

The reason for the requested changes in dates is that Plaintiff's counsel, Lawrence J. King, will be out of the state on the dates the Court originally set for the filing of the Case Management Conference Statement and the Case Management Conference.

**IT IS SO STIPULATED.**

Dated: July _____, 2011           **LAW OFFICES OF LAWRENCE J. KING**

                                  By: __/s/_____
                                       **Lawrence J. King**
                                       **ATTORNEY FOR PLAINTIFF**

Dated: July _____, 2011           **KAMALA D. HARRIS, ATTORNEY GENERAL**
                                       **OF THE STATE OF CALIFORNIA**

                                  By: __/s/_____
                                       **Terry Senne**
                                       **Deputy Attorney General**
                                       **ATTORNEYS FOR DEFENDANTS**

## [PROPOSED] ORDER

Having reviewed the parties' stipulation and finding good cause therefor, the Court hereby grants the parties request and orders that the Case Management Conference that is currently scheduled for August 23, 2011 at 2:00 p.m. be rescheduled for September 13, 2011 at 2:00 p.m., with the deadline for filing the Case Management Conference Statement beginning changed from August 16, 2011 to September 6, 2011.

IT IS SO ORDERED.

Dated: **July 18, 2011**                    _[signature]_
                                            The Honorable Claudia Wilken
                                            United States District Judge