1  KAMALA D. HARRIS
   Attorney General of California
2  FIEL TIGNO
   Supervising Deputy Attorney General
3  TERRY SENNE
   Deputy Attorney General
4  State Bar No. 104887
     1515 Clay Street, 20th Floor
5    P.O. Box 70550
     Oakland, CA  94612-0550
6    Telephone:  (510) 622-2118
     Fax:  (510) 622-2270
7    E-mail:  Terry.Senne@doj.ca.gov
   *Attorneys for Defendant*
8  *Judith Bjorndal*

9

   LAWRENCE J. KING
10 11 Western Avenue
   Petaluma, CA 94952
11   Telephone: (707) 769-9791
     Fax:  (707) 769-9253
12 *Attorneys for Plaintiff*
   *Van Pena*

13

14                IN THE UNITED STATES DISTRICT COURT

15             FOR THE NORTHERN DISTRICT OF CALIFORNIA

16

17

| | |
|---|---|
| **VAN A. PENA, Ph.D., M.D.,**<br><br>Plaintiff,<br><br>v.<br><br>**TIMOTHY MEEKER, et al.,,**<br><br>Defendant. | C 00-04009 CW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Date:  September 13, 2011<br>Time:  2:00 p.m.<br>Judge  The Honorable Claudia Wilken |

The parties, through their counsel, respectfully request that the Case Management Conference be continued for approximately 60 days due to the following circumstances.

1

1. Plaintiff has filed a Second Amended Complaint in the parallel action pending in the California Superior Court, County of Sonoma, Case No. 225398. That case presently has a trial date of January 6, 2012.

2. Defendant has filed a demurrer, motion to strike and motion to stay the Superior Court action pending final resolution of this federal case. If successful, the demurrer will be dispositive of that case. The hearing date on those motions is presently set for September 14, 2011. However, plaintiff's counsel has been debilitatingly ill and has not yet recovered, and has been unable to prepare timely oppositions to said motions, so that the hearing date on those motions may not hold.

3. Defendant intends to file a petition for a writ of certiorari in the United States Supreme Court with respect to the Ninth Circuit's recent ruling in this case. That petition is due October 3, 2011.

4. Both parties believe that in light of the pendency of the above matters, it would be most efficient and productive to continue the presently scheduled Case Management Conference for a period of approximately 60 days, and respectfully request the Court to so order.

Dated: September 6, 2011

/s/ Terry Senne_____
TERRY SENNE
Attorney for Defendant


/s/ Lawrence L. King_____
LAWRENCE J. KING
Attorney for Plaintiff

### [~~PROPOSED~~] ORDER

Based upon the parties' stipulation and good cause appearing,

IT IS HEREBY ORDERED that the Case Management Conference currently set for September 13, 2011, is continued to _____**November 15**____, 2011, at 2:00 p.m.

_____
UNITED STATES DISTRICT JUDGE