IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAN A. PENA,<br><br>    Plaintiff,<br><br>    v.<br><br>TIMOTHY MEEKER, et al.,<br><br>    Defendants.<br>_____/ | No. C 00-4009 CW<br><br>ORDER STAYING CASE PENDING TRIAL IN RELATED STATE COURT ACTION AND SETTING CASE MANAGEMENT CONFERENCE |

   Plaintiff Van A. Pena requests that this case be stayed based on the related case currently before the Sonoma Superior Court. Plaintiff represents that a verdict in the state court case may resolve the entire factual basis for his claim against Defendant Judith Bjorndal, while a verdict in the federal court action will not resolve Plaintiff's California Whistleblower Protection act claim against Defendant.

   Accordingly, the Court STAYS this case pending trial of the related state court case currently before the Sonoma Superior Court, and SETS a case management conference for Wednesday, September 5, 2012 at 2:00 p.m.

   IT IS SO ORDERED.

Dated: 1/31/2012

CLAUDIA WILKEN
United States District Judge