IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAN A. PENA, Ph.D., M.D., | No. C 00-04009 CW |
| Plaintiff, | ORDER DECLINING STIPULATION |
| v. | (Docket No. 320) |
| TIMOTHY MEEKER, et al., | |
| Defendants. | |

The parties' stipulation to continue the trial until November is declined. (docket no. 320).  The case is too old to be continued, at least for that length of time.  The parties may file a further declaration explaining the exact unavailability dates of Plaintiff's expert, when these plans were made in relation to the date the trial was set, and whether he has been asked if he could change his plans.  If both sides' experts have been deposed on video, both could be presented on video.  The parties should include their current request as to the length of the trial, and describe their settlement efforts, proposing what additional efforts could be made.  Possible trial dates if the current date cannot be made to work are mid April, July and late August.  Any unavailable dates of counsel must be fully explained.

Dated: 3/6/2013

CLAUDIA WILKEN
United States District Judge