1  LAWRENCE J. KING
   11 Western Avenue
2  Petaluma, CA 94952
   Telephone:  (707) 769-9791
3  Fax:  (707) 769-9253

4  *Attorney for Plaintiff Van A. Pena*

5

6                    IN THE UNITED STATES DISTRICT COURT

7              FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10  **VAN A. PENA, Ph.D., M.D.,**          C 00-04009 CW

11                          Plaintiff,    UNNOPPOSED REQUEST TO CONTINUE
                                          THE TRIAL DATE UNTIL JULY 15, 2013
12      **v.**
                                          Current Trial Date:  May 13, 2013
13
    **TIMOTHY MEEKER, et al.,**           Requested Trial Date:  July 15, 2013
14
                            Defendant.
15

16
        NOW COMES PLAINTIFF VAN A. PENA and requests that this Court continue the
17
    current trial date of May 13, 2013 until July 15, 2013.  The reason for this request is that
18
    Plaintiff's expert witness, Dr. Barry Ben-Zion, will be out of the country during the period the
19
    case is currently scheduled for trial.  The parties have met and conferred and agreed, subject to
20
    the Court's approval, to a continuance of the trial until July 15, 2013.
21
        In response to the Court's March 6, 2013 order declining the parties' prior stipulation,
22
    counsel provides the Court the following information.
23
        1.    Plaintiff's expert Barry Ben-Zion is not available to testify in this case during the
24
    May 13, 3013 trial because he will be attending a professional conference in Europe.  This is an
25
    annual conference that Dr. Ben-Zion attends every year and he made his travel plans months
26
    before the May 13, 2013 trial date was agreed to by counsel during the last Case Management
27

28

                                            1

                Unopposed Request For A Trial Continuance (C 00-04009 CW)

1  Conference.  Plaintiff's counsel asked Dr. Ben-Zion if there was any way he could change his

2  travel plans so he could testify during the trial scheduled to begin May 13th.  He could not.

3       2.     Once Plaintiff's counsel discovered that Dr. Ben-Zion was unavailable, he contacted

4  the Court's staff to find out what other dates the Court potentially had available, then contacted

5  opposing counsel to meet & confer about the possibility of stipulating to a continuance to one of

6  the dates the Court had potentially available.  Counsel exchanged several phone calls trying to

7  find dates that the parties, witnesses and counsel could all be available.  It was ultimately

8  determined that that none of the dates the Court's staff had indicated the Court might be available

9  would work until November, 2013, due to conflicts among the various parties' counsels' and

10  witness' schedules.

11      3.     After the Court issued its order declining the parties' prior stipulation to continue the

12  trial until November, 2013, counsel met and conferred again and one of Defendants' counsel

13  graciously agreed to reschedule a vacation to be available the second half of July.  Plaintiff,

14  Plaintiff's counsel and Dr. Ben-Zion are also available the second half of July.

15      4.     The parties did not video-tape the expert witnesses' depositions, so presenting their

16  testimony by video at trial was not an option.

17      5.     Since the last Case Management Conference, the parties participated in a mediation

18  with Magistrate LaPorte.  Although the parties exchanged substantial new settlement proposals

19  during the mediation, the case has not settled.  After the mediation, Magistrate LaPorte contacted

20  counsel for each side to further discuss the possibility of settling the case.  Judge Laporte

21  expressed to Plaintiff's counsel an interest in conducting an additional mediation session when

22  she returns from surgery.  Plaintiff is willing to participate in an additional mediation session with

23  Magistrate LaPorte.  Granting this request would enable provide the parties the time to do so.

24      6.     Defendant's counsel has authorized Plaintiff's counsel to represent to the Court that

25  \\

26  \\

27  \\

28  \\

2

1  Defendant does not oppose this request

2

3      RESPECTULLY SUBMITTED.

4

   Dated:  March 15, 2013                    PLAINTIFF VAN A. PENA, Ph.D., M.D
5

6

                                             /s/  Lawrence King_
7                                            LAWRENCE J. KING
                                             *Attorneys for Plaintiff*
8                                            *Van A. Pena*

9

10
                                   **[PROPOSED] ORDER**
11

12      Having reviewed the Plaintiff's unopposed request for a trial continuance and finding

13  good cause therefore, IT IS HEREBY ORDERED that the trial in this matter shall be continued

14  until July 18, 2013.  The Pretrial Conference shall be held on June 26, 2013.

15      IT IS SO ORDER.

16      March __18__, 2013                    _____
                                             The Honorable Claudia Wilken
17                                           United States District Judge

18

19

20

21

22

23

24

25
cc: EDL
26

27

28

                                        3