1  Lawrence J. King, State Bar No. 120805
   11 Western Avenue
2  Petaluma, CA 94952
   Telephone: 707-769-9791
3  Fax: 707-769-9253
   Email: kingesq@pacbell.net
4
   *Attorney for Plaintiff*
5  *Van A. Pena, Ph.D., M.D.*

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       OAKLAND DIVISION

11

| | |
|---|---|
| **VAN A. PENA,** | Case No. C 00-04009 CW |
| Plaintiff, | **PLAINTIFF'S REQUEST FOR AN ORDER PERMITTING PLAINTIFF TO BRING EQUIPMENT INTO THE COURTROOM AND PROPOSED ORDER** |
| v. | |
| **JUDITH BJORNDAL,** | |
| Defendant. | Date: October 30, 2013 |
| | Courtroom: 2 |
| | Judge: The Honorable Claudia Wilken |
| | Trial Date: November 4, 2013 |
| | Action Filed: October 31, 2001 |

   Plaintiff Van A. Pena, by and through his attorneys of record, hereby requests permission to bring the equipment listed below into the courtroom:

   1. Laptops;

   2. Monitor;

   3. VGA Switch;

1

    4. VGA DA;

    5. Power cables;

    6. Video cables.

Dated: May 25, 2013                                  Respectfully Submitted,


/s/_____
LAWRENCE J. KING
*Attorney for Plaintiff*


## ORDER

Having reviewed the Plaintiff's request for an order and finding good cause for the request, the Court hereby grants Plaintiff permission to bring the equipment listed above into the courtroom for use during trial.

**IT IS SO ORDERED.**

**Dated: October 30, 2013**

_____
**The Honorable Claudia Wilken**
**Chief Judge for the United States District**
**Court for the Northern District of California**

2

PLAINTIFF'S REQUEST FOR AN ORDER PERMITTING PLAINTIFF TO
BRING EQUIPMENT INTO THE COURTROOM AND PROPOSED ORDER (C 00-04009 CW)