Lawrence J. King, State Bar No. 120805
11 Western Avenue
Petaluma, CA 94952
Telephone: 707-769-9791
Fax: 707-769-9253
Email: kingesq@pacbell.net

*Attorney for Plaintiff*
*Van A. Pena, Ph.D., M.D.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **VAN A. PENA,** <br> Plaintiff, <br> v. <br> **JUDITH BJORNDAL,** <br> Defendant. | Case No. C 00-04009 CW <br><br> **PLAINTIFF'S REQUEST FOR AN ORDER PERMITTING PLAINTIFF TO BRING EQUIPMENT INTO THE COURTROOM AND PROPOSED ORDER** <br><br> Date: October 30, 2013 <br> Courtroom: 2 <br> Judge: The Honorable Claudia Wilken <br> Trial Date: November 4, 2013 <br> Action Filed: October 31, 2001 |

Plaintiff Van A. Pena, by and through his attorneys of record, hereby requests permission to bring the equipment listed below into the courtroom:

1. Laptops;
2. Monitor;
3. VGA Switch;

1

PLAINTIFF'S REQUEST FOR AN ORDER PERMITTING PLAINTIFF TO
BRING EQUIPMENT INTO THE COURTROOM AND PROPOSED ORDER (C 00-04009 CW)

4. VGA DA;

5. Power cables;

6. Video cables.

Dated: May 25, 2013                                    Respectfully Submitted,


/s/_____
LAWRENCE J. KING
*Attorney for Plaintiff*

ORDER

Having reviewed the Plaintiff's request for an order and finding good cause for the request, the Court hereby grants Plaintiff permission to bring the equipment listed above into the courtroom for use during trial.

**IT IS SO ORDERED.**

**Dated: October 30, 2013**

_____
**The Honorable Claudia Wilken**
**Chief Judge for the United States District**
**Court for the Northern District of California**

2

PLAINTIFF'S REQUEST FOR AN ORDER PERMITTING PLAINTIFF TO
BRING EQUIPMENT INTO THE COURTROOM AND PROPOSED ORDER (C 00-04009 CW)