KAMALA D. HARRIS
Attorney General of California
FIEL TIGNO
Supervising Deputy Attorney General
TERRY SENNE (SBN 104887)
Deputy Attorney General
ROBERT HARKNESS
Deputy Attorney General
JOSHUA IRWIN
Deputy Attorney General
 1515 Clay Street, 20th Floor
 Oakland, CA  94612-0550
 Telephone:  (510) 622-2118
 Fax:  (510) 622-2270
 E-mail:  Terry.Senne@doj.ca.gov
*Attorneys for Defendant Judith Bjorndal*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VAN A. PENA,**<br><br>Plaintiff,<br><br>v.<br><br>**JUDITH BJORNDAL,**<br><br>Defendant. | C 00-04009 CW<br><br>**DEFENDANT'S REQUEST FOR AN ORDER PERMITTING DEFENDANT TO BRING EQUIPMENT INTO THE COURTROOM AND PROPOSED ORDER**<br><br>Trial Date:    November 4, 2013<br><br>Judge:    The Honorable Claudia Wilken |

Defendant Judith Bjorndal, through her attorneys of record, hereby request permission to bring equipment into the courtroom as listed below:

1) Dell Latitude D620 Laptop No. 142552 with Verizon Wireless PC card

2) Dell Latitude E6500 Laptop No. 36751, with Trial Director software

3) Dell mouse

4) Dell 14" monitor

5) VGA connector cables for laptop and monitor

6) Wolfvision VZ-9 no. 142528, projector, and projector screen

7) Box with power cords, power strip/surge protector, and heavy duty duct tape

8) Rolling carts for transport of trial boxes

9) Portable and collapsible small table for equipment

Dated:  October 29, 2013                                    Respectfully submitted,

                                                            KAMALA D. HARRIS
                                                            Attorney General of California


                                                            /s/ Terry Senne


                                                            TERRY SENNE
                                                            Deputy Attorney General
                                                            *Attorneys for Defendant*

**[PROPOSED] ORDER**

The Court, having reviewed of Defendant's requested list of equipment to bring into the court for use during the trial, finds good cause for the request and grants Defendant permission to bring the equipment listed above for use during the trial.

**IT IS SO ORDERED.**

**Dated:** 10/31/2013

                                                            Hon. Claudia Wilken
                                                            **United States District Judge**