IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VAN A. PENA,   No. C 00-04009 CW

    Plaintiff,   JUDGMENT

  v.

JUDITH BJORNDAL,

    Defendant.
_____/

    This action came on for trial before the Court and a jury, Honorable Claudia Wilken, United States District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

    IT IS ORDERED AND ADJUDGED

    That Plaintiff Van A. Pena recover from the Defendant Judith Bjorndal the sum of $1,343,376.00 (consisting of $51,942.00-past earnings, $791,434.00-future earnings, and $500,000.00-emotional distress damages from 3/5/01-1/1/2007), with interest thereon as provided by 28 U.S.C. § 1961, and his costs of action.

    Dated at Oakland, California, this 29th day of January, 2014.

                                      RICHARD W. WIEKING
                                      Clerk of Court



                           By: _____
                               Deputy Clerk

**United States District Court**
**For the Northern District of California**