1  Lawrence J. King, State Bar No. 120805
2  11 Western Avenue
   Petaluma, CA 94952
   Telephone: 707-769-9791
3  Fax: 707-769-9252
   Email: kingesq@pacbell.net

4
   *Attorney for Plaintiff*
5  *Van A. Pena, Ph.D., M.D.*

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      OAKLAND DIVISION

11

| | |
|---|---|
| 12 **VAN A. PENA,** | Case No. C 00-04009 CW |
| 13 Plaintiff, | STIPULATION AND ORDER EXTENDING |
| 14 | THE TIME FOR PLAINTIFF TO FILE A MOTION FOR ATTORNEY'S FEES AND |
| 15 **v.** | COSTS |
| 16 **JUDITH BJORNDAL,** | Date:       February 12, 14 |
| 17 Defendant. | Courtroom:  2 Judge       The Honorable Claudia Wilken |
| 18 | Trial Date  November 4, 2013 Action Filed: October 31, 2001 |

19       NOW COME THE PARTIES, BY AND THROUGH THEIR RESPECTIVE

20  ATTORNEYS OF RECORD AND STIPULATE AS FOLLOWS:

21       Whereas:

22       1.      Plaintiff's motion for fees and costs would ordinarily be due Wednesday, February

23  12, 2014 (i.e. fourteen days after entry of judgment);

24       2.      Defendant Bjorndal intends to file post-trial motions for a motion for a judgment

25  as a matter of law pursuant to Rule 50 of the Federal Rules of Civil Procedure and a new trial

26  pursuant to Rule 59 of the Federal Rules of Civil Procedure;

27       3.      The time for filing a motion for fees and costs is tolled pending the outcome of

28  post-trial motions under Rule 50 or Rule 59. *Bailey v. County of Riverside* (9th Cir. 2005) 414

1   F.3d 1023, 1025;  *Alvarado v. Federal Exp. Corp.,* 2008 WL 2340211, (N.D.Cal. Jun 05, 2008)

2   (NO. C 04-0098 SI, C 04-0099 SI); *Berry v. Hawii Exp. Service, Inc.,* 2007 WL 689474,

3   (D.Hawai'i Mar 02, 2007) (NO. 03-00385 SOMLEK);

4         4.     Counsel for the parties have met and conferred and agreed to explore a resolution

5   of this matter, once Defendant has filed her post-trial motions, in an attempt to resolve all issues,

6   including, what if any attorneys' fees and costs to which Plaintiff may be entitled in light of the

7   jury verdict and any ruling by this Court's on post-trial motions and the possibility of an appeal of

8   the jury verdict in this case;

9         5.     Allowing the parties to explore settlement prospects once all post-trial motions that

10  may be filed by Defendant are matter of record may avoid an unnecessary expenditure of time

11  and resources by the Court and the parties.

12        6.     This is the first and only request to extend the time to file Plaintiff's motion for

13  fees and costs.

14        Therefore, the parties have agreed to request that the Court extend the time for Plaintiff to

15  file his motion for attorneys' fees and cost until fourteen (14) days after this Court rules on any

16  and all post-trial motions that Defendant may choose to file.

17        SO STIPULATED.

18
19  Dated: February 12, 14                          On behalf of Plaintiff Van A. Pena,

20
21                                                  /s/_____
                                                    LAWRENCE J. KING
22                                                  *Attorney for Plaintiff*

23
24  Dated: February 12, 14                          On behalf of Defendant Judith Bjorndal,

25
26                                                  /s/_____
                                                    TERRY SENNE, DEPUTY ATTORNEY GENERAL
27                                                  *Attorney for Defendant*

28

2

1                                                ORDER

2         Having reviewed and considered the parties' stipulation and finding good cause therefore,

3   the Court hereby orders that the time for Plaintiff to file his motion for fees and costs is extended

4   until thirty (30) days after this Court issues her ruling on and all post-trial motions.

5         IT IS SO ORDERED.

6   Dated:  February 12, 2014

                                                    The Honorable Claudia Wilken

7                                                       Chief Judge for the Northern District of California