1  Lawrence J. King, State Bar No. 120805
   11 Western Avenue
2  Petaluma, CA 94952
   Telephone: 707-769-9791
3  Fax: 707-769-9252
   Email: kingesq@pacbell.net
4
   *Attorney for Plaintiff*
5  *Van A. Pena, Ph.D., M.D.*

6

7

8                IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        OAKLAND DIVISION

11

12

13  **VAN A. PENA,**                  Case No. C 00-04009 CW

14                       Plaintiff,   **PLAINTIFF'S UNOPPOSED REQUEST FOR A THIRTY (30) DAY EXTENSION OF TIME TO FILE HIS FEE & COST MOTION**

15           v.

16  **JUDITH BJORNDAL,**              **AND ~~PROPOSED~~ ORDER**

17                       Defendant.   Date:        October 17, 2014
                                      Courtroom:   2
18                                    Judge        The Honorable Claudia Wilken
                                      Trial Date   November 4, 2013
19                                    Action Filed: October 31, 2001

20
        NOW COMES PLAINTIFF VAN A. PENA, by and through his attorney of record, and
21
   hereby requests that this Court grant him a thirty (30) day extension of to file his fee motion. In
22
   support of this request, Plaintiff would show the Court the following:
23
        1.      Counsel for Plaintiff and Defendant have been negotiating in good faith the
24
   possibility of reaching a resolution of this case that would obviate an appeal[1] in this case and the
25
   need for this Court to rule on a motion for fees and costs.
26

_____

[1] Defendant filed her Notice of Appeal because that is a jurisdictional deadline that cannot be extended by the parties or this Court.

1

PLAINTIFF'S UNOPPOSED REQUEST FOR A THIRTY (30) DAY EXTENSION  (C 00-04009 CW)

2.  Counsel for Defendant has agreed to a thirty (30) day extension to enable the parties to continue the current negotiations.

3.  Such an extension would be both in the interest of justice and judicial efficiency.

Dated:  October 17, 2014                    Respectfully Submitted,


/s/_____
LAWRENCE J. KING
*Attorney for Plaintiff*


[PROPOSED] ORDER

Having reviewed Plaintiff's request for a thirty (30) day extension of time to file a motion for fees & costs and finding good cause therefore, Plaintiff's request is hereby granted.

Dated: October ___23, 2014                  _____
                                            The Honorable Claudia Wilken
                                            United States District Judge